IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT EARL TIPPENS, JR., )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:11CV71–HEH
)
CENTER FOR THERAPEUTIC )
JUSTICE, *et al.*, )
)
    Defendants. )

## FINAL ORDER
(Adopting Report and Recommendation and Dismissing § 1983 Action)

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that: Plaintiff's objections are OVERRULED; the Report and Recommendation is ACCEPTED and ADOPTED; Claim 1 is DISMISSED WITH PREJUDICE; CLAIM 2 is DISMISSED WITHOUT PREJUDICE; Plaintiff's Motion for Summary Judgment (Dk. No. 17) is DENIED; the action is DISMISSED; and the Clerk is DIRECTED to note the disposition of the action for the purposes of 28 U.S.C. § 1915(g).

Plaintiff may appeal the decision of the Court. Failure to file a written notice of appeal within thirty (30) days of the date of entry hereof may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Plaintiff.

And it is so ORDERED.

                                            /s/
Date: March 5, 2012           HENRY E. HUDSON
Richmond, Virginia          UNITED STATES DISTRICT JUDGE